AO 467 (Rev. 9/03) Order for Defendant to Appear

FILED IN OPEN COURT
ON 4/13/12
Julie A. Richards, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

___EASTERN___ DISTRICT OF ___NORTH CAROLINA___

UNITED STATES OF AMERICA

V.

ELDRICK C. HASTY

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:12-MJ-1289

CHARGING DISTRICTS
CASE NUMBER: 1:09-MJ-854

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ___EASTERN___ District of ___VIRGINIA___ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) TO BE NOTIFIED on _____ .
*Date and Time*

_____
*Signature of Judge*

13 April 2012
*Date*

JAMES E. GATES, USMJ
*Name and Title of Judge*